**88-1511.** Center for Plastic Surgery, Inc. v. Lach. *Cuyahoga County,* No. 53932. On motion to dismiss. Motion to dismiss overruled.

Wright and H. Brown, JJ., dissent.